WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | |
| Plaintiff, | |
| -against- | Adversary Proceeding |
| BALLYROCK ABS CDO 2007-1 LIMITED and WELLS FARGO BANK, N.A., TRUSTEE | Case No. 09-01032 (JMP) |
| Defendants. | |

**NOTICE OF ADJOURNMENT OF BALLYROCK ABS CDO 2007-1 LIMITED'S MOTION TO DISMISS LEHMAN BROTHERS SPECIAL FINANCING INC.'S <u>COMPLAINT</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in Ballyrock ABS CDO 2007-1 Limited's Motion To Dismiss Lehman Brothers Special Financing Inc.'s Complaint [Docket No. 13] in the above-captioned adversary proceeding, which was scheduled for August 5, 2009, at 2:00

p.m., **has been adjourned to September 17, 2009 at 2:00 p.m.**, or as soon thereafter as counsel may be heard.

Plaintiff's Lehman Brothers Special Financing, Inc. ("LBSF"), a debtor and debtor in possession in the above-captioned jointly administered chapter 11 case of Lehman Brothers Holdings, Inc. and its affiliated debtors, Ballyrock ABS CDO 2007-1 Limited ("Ballyrock"), Barclays Bank PLC ("Barclays"), Long Island International Limited ("Long Island International"), BlackRock Mortgage Investors Master Fund, L.P. ("BlackRock"), and Long Hill 2006-1, Ltd. ("Long Hill") by and through their respective counsel, do hereby agree that Ballyrock, Barclays, Long Island International, Blackrock and Longhill shall have through and including August 7, 2009 to reply to LBSF's response to the Motion to Dismiss (the "Response").

The hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: July 31, 2009
New York, New York

/s/ Richard W. Slack
Richard W. Slack

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession