# Exhibit A

# MAPLES

| | | |
|---|---|---|
| Ballyrock ABS CDO 2007-1 Limited | Invoice No. | 805900 |
| Corporate Trust Services | Date | 01-Dec-09 |
| Wells Fargo Bank, N. A. | Client No. | 625721 |
| 9062 Old Annapolis Road | Contact | Kareem Robinson |
| Columbia  Maryland  21045-1951 | Page | 1 |
| United States of America | | |

## INVOICE

**Fees**

| | |
|---|---:|
| Provision of Directors, Company Secretary, Share Trustee, Registered Office and Administration from 1 January 2010 to 31 December 2010 | 8,500.00 |
| **Total Fees** | **8,500.00** |

**Disbursements**

| | |
|---|---:|
| Company Annual Return Fee | 731.71 |
| **Total Disbursements** | **731.71** |
| **TOTAL CURRENT INVOICE** | **US$ 9,231.71** |

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer instructions:**
Bank of New York Mellon
One Wall Street, New York, New York 10286
ABA # 021-000-018
SWIFT: IRVTUS3N
Account: 890-052-7226
Maples Finance Limited

**Or**

A US$ draft drawn on a United States bank which should be couriered to Maples Finance Limited
Boundary Hall, Cricket Square Grand Cayman Cayman Islands
Quoting our reference **KXR-625721-805900**

Please confirm payment details via email to accounts@maplesandcalder.com

# Exhibit B

# MAPLES

Ballyrock ABS CDO 2007-1 Limited  
Corporate Trust Services  
Wells Fargo Bank, N. A.  
9062 Old Annapolis Road  
Columbia   Maryland   21045-1951  
United States of America

| | |
|---|---:|
| Invoice No. | 852938 |
| Date | 08-Apr-10 |
| Client No. | 625721 |
| Contact | Kareem Robinson |
| Page | 1 |

## INVOICE

**Fees**

| | |
|---|---:|
| Administration fee - 1st 2010 Government Fee penalty | 250.00 |
| **Total Fees** | **250.00** |

**Disbursements**

| | |
|---|---:|
| Penalty - Late Charge Fee | 243.90 |
| **Total Disbursements** | **243.90** |
| **TOTAL CURRENT INVOICE** | **US$ 493.90** |

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer instructions:**  
Bank of New York Mellon  
One Wall Street, New York, New York 10286  
ABA # 021-000-018  
SWIFT: IRVTUS3N  
Account: 890-052-7226  
Maples Finance Limited  

**Or**

A US$ draft drawn on a United States bank which should be couriered to Maples Finance Limited  
Boundary Hall, Cricket Square Grand Cayman Cayman Islands  
Quoting our reference **KXR-625721-852938**

Please confirm payment details via email to accounts@maplesandcalder.com

# Exhibit C

■ CT
a Wolters Kluwer business
www.ctlegalsolutions.com

# Annual Invoice for Statutory Representation

Maples Finance Limited
P.O. Box 1093 GT
Queensgate House, South Church Street
George Town
Grand Cayman
CAYMAN ISLANDS

KxK
608243

**FOR INQUIRIES CONTACT:**
(See reverse for address changes)

C T Corporation System
1200 South Pine Island Road - Team 1
Plantation, FL 33324
Tel (954) 473-5503   Fax (954) 476-0158

(Federal Tax ID: 51-0006522)

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 2004623254-00 | 01/01/2010 |

| PERIOD COVERED | AMOUNT DUE |
|---|---|
| 02/01/2010 to 01/31/2011 | $ 283.00 |

Page 1 of 1

| | PRICE | AMOUNT DUE |
|---|---|---|
| **Ballyrock ABS CDO 2007-1 Limited (NY)** (CT account number 09400669252) New York -- Furnish agent for receipt of service of process in Securities Purchase Agreement dated as of June 8, 2007, among Ballyrock ABS CDO 2007-1 Limited, (Company), Ballyrock ABS CDO 2007-1 Inc., Lehman Brothers Inc.a nd Lehman Brother International (Europe)together with Purchase Agreement amount the Company, as issuer, Ballyrock ABS CDO 2007-1 ...et al. | 283.00 | |
| SUBTOTAL | 283.00 | $ 283.00 |

**INVOICE SUMMARY**

| | Price | 283.00 |
|---|---|---|
| TOTAL AMOUNT DUE | | $ 283.00 |

**SERVICES COVERED BY THIS INVOICE:** State laws require a Registered Agent to receive lawsuits and other legal documents where your company does business. A member of your organization and/or your attorney appointed C T Corporation System to act as your Agent. The state may revoke your company's authority to transact business if you fail to maintain a Registered Agent or Office.

1200 South Pine Island Road - Team 1
Plantation, FL 33324

---

Please detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your **complete invoice number** on the check.
Contact your Team with any changes or questions.

☐ **Check here for payment by Bank Card or ACH,** and complete form on reverse of this stub.

Steven O'Connor
Maples Finance Limited
P. O. Box 1093 GT
Queensgate House, South Church Street
George Town
Grand Cayman
CAYMAN ISLANDS

**REMIT PAYMENTS ONLY TO:**  C T Corporation
PO Box 4349
Carol Stream IL 60197-4349

| SERVICE CENTER | INVOICE DATE |
|---|---|
| Plantation-Team 1 | 01/01/2010 |

| INVOICE NUMBER | AMOUNT DUE |
|---|---|
| 2004623254-00 | $ 283.00 |

Payment due upon receipt.

201  009400669252  2004623254  00  000028300  7

# **Exhibit D**

# Deloitte.

Deloitte Tax LLP
Taxpayer ID No. 861065772
Billing Office:
  Boston-Berkeley
  200 Berkeley Street
  BOSTON MA 02116

Billing Address:

  Wells Fargo Bank
  9062 Old Annapolis Rd.
  COLUMBIA MD 21045

# INVOICE

Date: January 21, 2009

Invoice Number: **8000875668**

Payment instructions:
**Please reference all 10 digits of the invoice number with your check or wire transfer. You may also include a copy of our invoice along with the payment.**

Electronic payment submission information:
Bank Name:    CITIBANK
ABA #:    031100209
Account Name:    Deloitte Tax LLP
Account #:    3874-0725

Check payment mailing address:
Deloitte Tax LLP
PO Box 2079
CAROL STREAM IL 60132-2079
USA

Payment Terms: Due and Payable Upon Receipt

For Professional Services Rendered.

---

For the preparation of Ballyrock ABS CDO 2007-1, Ltd.'s Passive Foreign Investme nt Company (PFIC) Information Statement in accordance with Reg. Sec. 1.1295-1 fo r the year ended December 31, 2008

                              **Amount Due**                              $ 23,810.00

                          **All amounts represent USD**

May include fees and expenses from affiliated and related entities.