Casey B. Howard
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
(p) 212-415-8600
(f) 212-812-8372
*Attorneys for Wells Fargo Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | |
| Debtors. | : | |
| | : | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | Adversary Proceeding |
| | : | No.: 09-01032 (JMP) |
| BALLYROCK ABS CDO 2007-1 LIMITED; WELLS FARGO BANK, N.A. as Trustee; BARCLAYS BANK, PLC, as owner of beneficial interests in the Senior Notes; LONG ISLAND INTERNATIONAL LIMITED, as owner of beneficial interests in the Senior Notes; LONG HILL 2006-1 LTD., as owner of beneficial interests in the Senior Notes; BLACKROCK MORTGAGE INVESTORS MASTER FUND, L.P., as owner of beneficial interests in the Senior Notes | : | |
| Defendants. | : | |

**NOTICE OF TRUSTEE'S INTENT TO PAY TRUSTEE FEES, COSTS, EXPENSES
AND ATTORNEYS' FEES**

Pursuant to paragraph 4 of the Court's ORDER GRANTING PRESERVATION OF STATUS QUO FOR DISPUTED FUNDS, NOTICE OF INTERPLEADER REQUEST AND PAYMENT OF TRUSTEE FEES dated April 20, 2009 ("Fee Order") and paragraph 5 of the Court's ORDER GRANTING INTERPLEADER TO WELLS FARGO BANK, N.A. FOR DISPUTED FUNDS, dated June 3, 2009 (the "Interpleader Order"), Wells Fargo Bank, N.A. as

trustee (the "Trustee") hereby gives notice of its intent to pay Trustee fees, costs, expenses and attorney's fees (collectively, "Fees and Expenses") from the Disputed Funds.[1]  The Trustee hereby gives notice as follows:

1. The Trustee has incurred Fees and Expenses of $35,258.30 (the "Nineteenth Payment Amount") for the period of May 1, 2013 to July 31, 2013.  Substantiation for the Nineteenth Payment Amount will be provided to all parties appearing in this Adversary Proceeding simultaneously with the filing of this Notice.

Dated:   New York, New York
         February 17, 2014

Respectfully submitted,

*/s/ Casey B. Howard*
Casey B. Howard
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone:   212.812.8342
Facsimile:   212.812.8372

TO:  Steven Fink, Esq.
     Orrick, Herrington & Sutcliffe, LLP
     666 Fifth Avenue
     New York, NY 10103
     *Counsel for Defendant Ballyrock ABS CDO 2007-1 Limited*

     Richard Slack, Esq.
     Weil, Gotshal & Manges, LLP
     767 Fifth Avenue
     New York, NY 10153
     *Counsel for Plaintiff Lehman Brothers Special Financing, Inc.*

     Robinson B. Lacy, Esq,
     Sullivan & Cromwell LLP
     125 Broad Street
     New York, NY 10004
     *Counsel for Barclays Bank PLC and Long Island International Limited*

---

[1] Capitalized terms that are not defined in this Notice hereby incorporate by reference the definition in the Fee Order and the Interpleader Order.

2

Nicholas Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Counsel for BlackRock Mortgage Investors Master Fund, L.P. and Long Hill 2006-1, Ltd.*

Eric D. Winston, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
*Special Counsel to Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc, et al.*

## Certificate of Service

    I hereby certify that true and correct copies of the foregoing instrument were served upon all counsel of record, by electronic delivery, facsimile, and/or certified mail, return receipt requested, on this 17th day of February 2014.

                        */s/ Casey B. Howard*
                        Casey B. Howard