WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                   :

In re:                                       :          Chapter 11
                                        :          Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,    :          (Jointly Administered)
                                        :
                      Debtors.           :

-------------------------------------------------------------------------x
LEHMAN BROTHERS SPECIAL FINANCING INC.,  :
                                        :
                      Plaintiff,      :
                                        :
                -against-          :          Adversary Proceeding
                                        :          No.: 09-01032 (SCC)
BALLYROCK ABS CDO 2007-1 LIMITED; WELLS  :
FARGO BANK, N.A., as Trustee; BARCLAYS BANK,  :
PLC, as owner of beneficial interests in the Senior Notes;  :
LONG ISLAND INTERNATIONAL LIMITED, as owner  :
of beneficial interests in the Senior Notes; LONG HILL  :
2006-1 LTD., as owner of beneficial interests in the Senior  :
Notes; BLACKROCK MORTGAGE INVESTORS  :
MASTER FUND, L.P., as owner of beneficial interests in  :
the Senior Notes,                               :
                    Defendants.     :
-------------------------------------------------------------------------x

**NOTICE RELATING TO JOINT MOTION OF LEHMAN BROTHERS HOLDINGS
INC. AND BLACKROCK MORTGAGE INVESTORS MASTER FUND, L.P. FOR
RELEASE OF BLACKROCK INTERPLEADED FUNDS TO LEHMAN BROTHERS
SPECIAL FINANCING INC. SCHEDULED FOR MARCH 27, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Joint Motion of Lehman*

*Brothers Holdings Inc. and Blackrock Mortgage Investors Master Fund, L.P. for Release of*

*Blackrock Interpleaded Funds to Lehman Brothers Special Financing Inc.* [ECF No. 164] in the

above-captioned adversary proceeding that was scheduled for March 27, 2014, at 10:00 a.m.

(Prevailing Eastern Time) **has been changed to April 24, 2014, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 621.

Dated: March 21, 2014
       New York, New York


                                        /s/ Richard W. Slack
                                        Richard W. Slack

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44449238\1\58399.0011