UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :    (Jointly Administered)
                                                        :
                              Debtors.                  :
----------------------------------------------------------------------x
LEHMAN BROTHERS SPECIAL FINANCING INC.,                 :
                                                        :
                              Plaintiff,                :
                                                        :
                    -against-                           :    Adversary Proceeding
                                                        :    No.: 09-01032 (SCC)
BALLYROCK ABS CDO 2007-1 LIMITED; WELLS                 :
FARGO BANK, N.A., as Trustee; BARCLAYS BANK,            :
PLC, as owner of beneficial interests in the Senior Notes; :
LONG ISLAND INTERNATIONAL LIMITED, as owner :
of beneficial interests in the Senior Notes; LONG HILL  :
2006-1 LTD., as owner of beneficial interests in the Senior :
Notes; BLACKROCK MORTGAGE INVESTORS        :
MASTER FUND, L.P., as owner of beneficial interests in  :
the Senior Notes,                                       :
                              Defendants.               :
----------------------------------------------------------------------x

**ORDER GRANTING JOINT MOTION OF LEHMAN
BROTHERS HOLDINGS INC. AND BLACKROCK MORTGAGE
INVESTORS MASTER FUND, L.P. FOR RELEASE OF BLACKROCK
INTERPLEADED FUNDS TO LEHMAN BROTHERS SPECIAL FINANCING INC.**

Upon consideration of the Joint Motion of Lehman Brothers Holdings Inc. and BlackRock Mortgage Investors Master Fund, L.P. for Release of BlackRock Interpleaded Funds to Lehman Brothers Special Financing Inc., dated March 10, 2014 [ECF No. 164] (the "Motion");[1] and there being no objection thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Case No. 08-13555; ECF No. 9635]; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion on April 24, 2014; and the Court having determined that the legal and factual bases set forth in the record establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Wells Fargo Bank, N.A., as Trustee, distribute to Lehman Brothers Special Financing Inc. the amount of $23,537,291.41 from the Interpleaded Funds, as defined in the Motion, within ten (10) business days of entry of this Order; and it is further

ORDERED that BlackRock and LBSF cooperate with the Trustee to effectuate this Order, including but not limited to providing any appropriate notices to the Depository Trust Company ("DTC") necessary to effectuate this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: April 24, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE