Casey B. Howard
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
Telephone: 212.415.8600
Facsimile: 212.812.8372
*Attorneys for Wells Fargo Bank, N.A., as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | |
| Plaintiff, | |
| -against- | Adversary Proceeding No.: 09-01032 (JMP) |
| BALLYROCK ABS CDO 2007-1 LIMITED; WELLS FARGO BANK, N.A. as Trustee; BARCLAYS BANK, PLC, as owner of beneficial interests in the Senior Notes; LONG ISLAND INTERNATIONAL LIMITED, as owner of beneficial interests in the Senior Notes; LONG HILL 2006-1 LTD., as owner of beneficial interests in the Senior Notes; BLACKROCK MORTGAGE INVESTORS MASTER FUND, L.P., as owner of beneficial interests in the Senior Notes, | |
| Defendants. | |

**NOTICE OF NO OBJECTION TO TRUSTEE'S INTENT TO PAY TRUSTEE FEES, COSTS, EXPENSES AND ATTORNEYS' FEES**

Pursuant to paragraph 4 of the Court's ORDER GRANTING PRESERVATION OF STATUS QUO FOR DISPUTED FUNDS, NOTICE OF INTERPLEADER REQUEST AND PAYMENT OF TRUSTEE FEES dated April 20, 2009 ("Fee Order") and paragraph 5 of the Court's ORDER GRANTING INTERPLEADER TO WELLS FARGO BANK, N.A. FOR

DISPUTED FUNDS, dated June 3, 2009 ("Interpleader Order"), Wells Fargo Bank, N.A. ("Wells Fargo") as trustee (the "Trustee") hereby gives notice that it has not received any objections to its NOTICE OF TRUSTEE'S INTENT TO PAY TRUSTEE FEES, COSTS, EXPENSES AND ATTORNEYS' FEES entered April 16, 2014 (the "Notice"). The Notice, along with the substantiation required by paragraph 4 of the Fee Order, was served on counsel for all appearing parties on April 16, 2014 via e-mail. Pursuant to paragraph 4 of the Fee Order, since 20 days have passed since service of the Notice, the Trustee will hereby withdraw the following amounts from the Disputed Funds[1] for payment of the Trustee fees, costs, expenses and attorney's fees:

1. The sum of $21,900.95 for the Twentieth Payment Amount.

Dated: New York, New York
May 9, 2014

Respectfully submitted,

*/s/ Casey B. Howard*
Casey B. Howard
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
Telephone: 212.415.8600
Facsimile: 212.812.8372

TO: Steven Fink, Esq.
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for Defendant Ballyrock ABS CDO 2007-1 Limited*

Richard Slack, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Plaintiff Lehman Brothers Special Financing, Inc.*

---

[1] Capitalized terms that are not defined in this notice hereby incorporate by reference the definitions in the Fee Order and the Notice.

2

Robinson B. Lacy, Esq,
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
*Counsel for Barclays Bank PLC and Long Island International Limited*

Nicholas Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Counsel for BlackRock Mortgage Investors Master Fund, L.P. and Long Hill 2006-1, Ltd.*

Eric D. Winston, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Special Counsel to Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

## Certificate of Service

I hereby certify that true and correct copies of the foregoing instrument were served upon all counsel of record, by electronic delivery, facsimile, and/or first class mail, on this 9th day of May, 2014.

    */s/ Casey B. Howard*
    Casey B. Howard